IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DENNIS CARRILLO,**
   **Plaintiff,**

  vs.              CIV NO. 1:15-00894-WPL

**CAROLYN W. COLVIN, Acting**
**Commissioner of the Social Security**
**Administration,**
   **Defendant.**

## ORDER

  The Court, having considered Defendant's Unopposed Motion to Remand the Case to the Agency pursuant to Sentence Six of 42 U.S.C. § 405(g) (Doc. 11), hereby grants Defendant's Motion and **REMANDS** the case to the Defendant for further proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g), as set forth below.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993). Upon remand by the Court, the Appeals Council will remand the case to an administrative law judge (ALJ) to review the new evidence.  Final judgment shall not enter until such time as the remand proceedings are completed and the matter returns to this Court. *McGraw v. Barnhart*, 450 F.3d 493, 496 n.1 (10th Cir. 2006).

  **AND IT IS SO ORDERED.**

                   _/s/ William P. Lynch_
                   WILLIAM P. LYNCH
                   United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 03/24/16*
MEGHAN FREI BERGLIND
Special Assistant United States Attorney

*Electronically approved 03/18/16*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff