IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS CARRILLO,

       Plaintiff,

v.                                                                                              CV 15-894 WPL

CAROLYN W. COLVIN,
Acting Commissioner of Social Security Administration,

       Defendant.

**ORDER TO SHOW CAUSE**

Based on the Social Security Administration's ("SSA") unopposed motion to remand, I remanded this case to the SSA pursuant to sentence six of 42 U.S.C. § 405(g) on March 28, 2016. (Doc. 12.) *McGraw v. Barnhart*, 450 F.3d 493, 496 n.1 (10th Cir. 2006), dictates that final judgment shall not enter until the remand proceedings are completed and the matter returns to this Court. Accordingly, I have retained jurisdiction. On March 29, 2016, I ordered the parties to submit periodic status updates every 90 days, with the first such update to be filed on July 1, 2016. The parties have not submitted a joint status update.

Accordingly, the parties will submit a joint status update by July 15, 2016. If the parties are unable to submit a joint status report, each party shall show cause, in writing, why they should not be sanctioned for failing to comply with a Court Order. The show cause responses will be filed no later than 12:00 p.m. on July 18, 2016. Failure to either submit a joint status report or submit separate statements showing cause may result in the parties being sanctioned for failure to comply with a Court Order.

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.