IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS CARRILLO,

        Plaintiff,

v.                                                                                          CV 15-894 WPL

CAROLYN W. COLVIN,
Acting Commissioner of Social Security Administration,

        Defendant.

### ORDER QUASHING ORDER TO SHOW CAUSE

        I entered an Order to Show Cause on January 23, 2017, directing the parties to file a joint status report in this case or show cause why such a report could not be submitted. (Doc. 18.) It now appearing that the parties submitted an adequate status report (Doc. 19), the Order to Show Cause is quashed. The parties will continue to submit periodic status updates as previously ordered, with the next update due April 24, 2017.

        IT IS SO ORDERED.

        _____
        William P. Lynch
        United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.