IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS CARRILLO,

    Plaintiff,

v.                                                  CV 15-894 WPL

CAROLYN W. COLVIN,
Acting Commissioner of Social Security Administration,

    Defendant.

## ORDER TO SHOW CAUSE

Based on the Social Security Administration's ("SSA") unopposed motion to remand, I remanded this case to the SSA pursuant to sentence six of 42 U.S.C. § 405(g) on March 28, 2016. (Doc. 12.) *McGraw v. Barnhart*, 450 F.3d 493, 496 n.1 (10th Cir. 2006), dictates that final judgment shall not enter until the remand proceedings are completed and the matter returns to this Court. Accordingly, I have retained jurisdiction. On March 29, 2016, I ordered the parties to submit periodic status updates every 90 days, with the first such update to be filed on July 1, 2016. The parties submitted their first joint update (Doc. 15), after an Order to Show Cause (Doc. 14), on July 13, 2016. The most recent joint status update was filed on April 18, 2017, and indicated that a hearing was set for May 24, 2017. (Doc. 21.) More than 90 days have elapsed since that time.

Accordingly, the parties will submit a joint status update by August 28, 2017. If the parties are unable to submit a joint status report, each party shall show cause, in writing, why they should not be sanctioned for failing to comply with a Court Order. The show cause

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.

responses will be filed no later than 12:00 p.m. on August 29, 2017. Failure to either submit a joint status report or submit separate statements showing cause may result in the parties being sanctioned for failure to comply with a Court Order.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.