# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**DENNIS CARRILLO,**

      **Plaintiff,**

      vs.                       CIV. NO. 15-cv-894-WPL

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security,**

      **Defendant.**

## STIPULATED ORDER OF DISMISSAL

This matter was remanded pursuant to Sentence 6 of 42 U.S.C. § 405(g). Plaintiff appeared at a hearing before an ALJ on May 24, 2017, and on June 12, 2017, the ALJ issued a fully favorable decision finding that Plaintiff was disabled and entitled to benefits. The parties have now stipulated to dismiss the action.

Accordingly, **IT IS HEREBY ORDERED** that this action be and hereby is dismissed against the defendant Nancy A. Berryhill.

                                                THE HONORABLE WILLIAM P. LYNCH
                                                UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

| | |
|---|---|
| /s/ Michael D. Armstrong | /s/ Meghan Frei Berglind |
| Michael D. Armstrong | Meghan Frei Berglind |
| Attorney for Plaintiff | Assistant Regional Counsel |
| 220 Adams St. SE, Suite B | Social Security Administration |
| Albuquerque, NM 87108 | Office of the General Counsel, Region VIII |
| Bus. (505) 890-9056 | ph: (303) 844-2544 / fax: (303) 844-0770 |
| Fax. (505) 266-5860 | Meghan.Berglind@ssa.gov |